**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

TOPIA TECHNOLOGY, INC.,

Plaintiff,

v.

DROPBOX, INC., SAILPOINT
TECHNOLOGIES HOLDINGS, INC., and
CLEAR CHANNEL OUTDOOR
HOLDINGS, INC.

Defendants.

Case No. 6:21-cv-01373

**JURY TRIAL DEMANDED**

**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Topia Technology, Inc., ("Topia" or "Plaintiff") files this complaint for patent infringement against Defendant Dropbox, Inc., ("Dropbox"), SailPoint Technologies Holdings, Inc. ("SailPoint") and Clear Channel Outdoor Holdings, Inc. ("Clear Channel")(collectively "Defendants"), and alleges as follows:

**NATURE OF ACTION**

1.     This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq.*, including §§ 271, 283, 284, and 285.

**THE PARTIES**

2.     Topia is a company organized and existing under the laws of the State of Washington with its principal place of business in Tacoma, Washington.

3.     Upon information and belief, Dropbox, Inc. ("Dropbox" or "Defendant"), is a corporation organized and existing under the laws of the State of Delaware.

4.     Dropbox has a regular and established place of business in this District, including an office in Austin Texas located at 501 Congress Ave, Austin, Texas 78701. Dropbox's

registered agent for service of process is Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin TX 78701.

5.      Upon information and belief, SailPoint is a corporation organized and existing under the laws of the State of Delaware.

6.      SailPoint has a regular and established place of business in this District, including its headquarters in Austin, Texas located at 11120 Four Points Drive, Suite 100, Austin TX 78726.  SailPoint's registered agent for service of process is C T Corporation System located at 1999 Bryan St., STE. 900, Dallas, TX 75201.

7.      Upon information and belief, Clear Channel is a corporation organized and existing under the laws of the State of Delaware.

8.      Clear Channel has a regular and established place of business in this District, including its headquarters in San Antonio, TX, located at 4830 North Loop, 1604 West, Suite 111, San Antonio, TX 78249.  Clear Channel's registered agent for service of process is C T Corporation System located at 1999 Bryan St., STE. 900, Dallas, TX 75201.

## <u>JURISDICTION AND VENUE</u>

9.      This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1367, and 1338(a).

10.      Upon information and belief, Dropbox is in the business of providing online document storage and synchronization products and services, including products and services that infringe Plaintiff's patents identified below, through Dropbox's online platforms and mobile applications to customers. Upon information and belief, Dropbox has about 700 million users across 180 countries, including users in the State of Texas and this District.

11.     Upon information and belief, Dropbox is subject to personal jurisdiction of this Court because it has a regular and established place of business in Austin, Texas, and is a resident of this state in this judicial District.

12.     Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400, because Dropbox has committed infringing acts in this District and has a regular and established place of business in this District.

13.     Upon information and belief, SailPoint is in the business of using Dropbox products and services and providing valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified below, through Dropbox's online platforms and mobile applications to customers.

14.     Upon information and belief, SailPoint is subject to personal jurisdiction of this Court because it has a regular and established place of business in Austin, Texas, and is a resident of this state in this judicial District.

15.     Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400, because SailPoint has committed infringing acts in this District and has a regular and established place of business in this District.

16.     Upon information and belief, Clear Channel is a Dropbox customer and uses Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified below, through Dropbox's online platforms and mobile applications.

17.     Upon information and belief, Clear Channel is subject to personal jurisdiction of this Court because it has a regular and established place of business in San Antonio, Texas, and is a resident of this state in this judicial District.

18.     Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400, because Clear Channel has committed infringing acts in this District and has a regular and established place of business in this District.

19.     The allegations provided below are exemplary and without prejudice to Plaintiff's infringement contentions that will be provided pursuant to the Court's scheduling order and local civil rules, including after discovery as provided under the Federal Rules of Civil Procedure. In providing these allegations, Plaintiff does not convey or imply any particular claim constructions or the precise scope of the claims of the asserted patents. Plaintiff's proposed claim constructions, if any, will be provided pursuant to the Court's scheduling order and local civil rules.

## COUNT ONE

## INFRINGEMENT OF U.S. PATENT NO. 9,143,561

20.     Plaintiff incorporates paragraphs 1 through 19 as though fully set forth herein.

21.     U.S. Patent No. 9,143,561 ("the '561 Patent"), entitled "Architecture For Management of Digital Files Across Distributed Network," issued on September 22, 2015. A copy of the '561 Patent is attached as Exhibit 1.

22.     The '561 patent is generally directed to systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, a copy of the modified electronic file is automatically transferred to at least one other device.

23.     Plaintiff is the owner by assignment of all rights, title, and interest in and to the '561 Patent, including the right to assert all causes of action arising under the '561 Patent and the right to all remedies for the infringement of the '561 Patent.

24.     Claim 1 of the '561 Patent recites:

1.    A system, comprising:

a first electronic device configured to selectively execute a first application, the first electronic device being in communication with a second electronic device and a third electronic device, each associated with a user wherein the first electronic device is configured to:

receive from a second application executable on the second electronic device a copy of a first electronic file automatically transferred from the second application when the user modifies a content of the first electronic file; and

wherein the first electronic device is further configured to receive from a third application executable on the third electronic device a copy of a second electronic file automatically transferred from the third application when the user modifies a content of the second electronic file; and

wherein the first application is further configured to automatically transfer the modified first electronic file copy to the third electronic device to replace an older version of the first electronic file stored on the third electronic device with the modified first electronic file copy having the content modified by the user; and

automatically transfer the modified second electronic file copy to the second electronic device to replace an older version of the second electronic file stored on the second electronic device with the modified second electronic file copy having the content modified by the user;

wherein the second application automatically transfers the copy of the modified first electronic file to the first electronic device upon determining that a save operation has been performed on the modified first electronic file.

## DEFENDANT DROPBOX

25.     Dropbox offers a suite of products and services, including Dropbox Professional,
Dropbox Standard and Dropbox Advanced for Businesses and Dropbox Plus and Dropbox
Family for individuals which practice each and every limitation of one or more claims of
the '561 patent.  Dropbox's products and services include systems and methods for sharing
electronic files between multiple devices, wherein when a user modifies an electronic file on a
device, a copy of the modified electronic file is automatically transferred to at least one other
device.

26.     Dropbox products and services involve systems that include various client and
server devices and software.  For example, Dropbox has one central hub for online file storage
that is accessible through client applications on Windows, Mac, Linux, iOS, Android, and web
browsers.

27.     Dropbox's server infrastructure includes a first electronic device (*e.g.,* a server
system) executing an application (*e.g.*, running Dropbox server software).  The first electronic
device (*e.g.,* the server system) is in communication with a second electronic device (*e.g.*, the
first client device such as a laptop or a smart phone) and a third electronic device (*e.g.*, the
second client device such as a laptop or a smart phone).  Dropbox promotes its products and
services as a system for providing secure access to all of its customers files from any device:

> Dropbox gives you secure access to all your files. Collaborate with friends, family, and coworkers from any device.

https://www.dropbox.com (last visited December 16, 2021)

## Access your files from multiple devices

Dropbox offers one central hub for online file storage, file sharing, and syncing. Whether you're at work or on the road, your files are synced across your devices and accessible in real time. Access your Dropbox account with desktop apps on Windows and Mac, our mobile app for iOS or Android devices, and on the web through your browser.

### How do I access cloud storage?

You can access your cloud storage with Dropbox on your phone using the Dropbox app as long as your phone is connected to wifi. You can also access cloud storage via a Windows, Mac, or Linux operating systems one of two ways: either through the web on dropbox.com or with our desktop app. You just need to make sure your device is connected to the internet to upload and access your files.



https://www.dropbox.com/features/cloud-storage (last visited December 16, 2021)

## Can I access Dropbox on my mobile device?

You can access your Dropbox account, and your Dropbox files, with the Dropbox mobile app for your phone or tablet (including Android, iPhone, and iPad). Alternatively, you can sign into dropbox.com on your mobile device in any mobile browser app.

The Dropbox mobile app is free and lets you:

- Access all your Dropbox files and folders
- Browse and preview files in Dropbox
- Use third-party apps to open and edit files
- Take photos and videos using your built-in camera and save them directly to Dropbox
- Make important files available for offline access
- Share your files with links

https://help.dropbox.com/installs-integrations/mobile/access-dropbox (last visited December 16, 2021)

28.    Dropbox maintains a worldwide server infrastructure having multiple servers deployed in multiple data centers, including numerous data centers located in the United States. Dropbox provides the following overview of its architecture:

**Data centers**

Dropbox corporate and production systems are housed at third-party subservice organization data centers and managed service providers located in the United States. These third-party service providers are responsible for the physical, environmental, and operational security controls at the boundaries of Dropbox infrastructure. Dropbox is responsible for the logical, network, and application security of our infrastructure housed at third-party data centers.

https://www.dropbox.com/business/trust/security/architecture (last visited December 16, 2021)

## Where is my data stored?

Once a file is added to your Dropbox, it's synced to our secure online servers. All files stored online by Dropbox are encrypted and kept in secure storage servers. Storage servers are located in data centers across the United States. Additionally, storage servers are available in Germany, Australia, and Japan for some Dropbox Business users.

https://help.dropbox.com/accounts-billing/security/physical-location-data-storage (last visited

December 16, 2021)



¹ Dropbox network physical footprint

Figure 1: Location of Dropbox global points of presence (PoPs)

**We currently have** global network presence and multiple data centers in California, Texas and Virginia. From a redundancy perspective, the North American continent is carved into regions—East, Central, and West—thereby having a distributed data center approach and improving resiliency in events of failure.



Figure 6: Physical representation of a small section of the fabric

https://dropbox.tech/infrastructure/the-scalable-fabric-behind-our-growing-data-center-network (last visited December 16, 2021)

29.    Clients are served by proprietary point of presence Edge servers that are closest. United States users are served by geographically proximate servers:

¹ **Dropbox scale**

Dropbox has more than half a billion registered users who trust us with over an  <u>exabyte of data</u> and petabytes of corresponding metadata. For the Traffic team this means millions of HTTP requests and terabits of traffic. To support all of that we've built an extensive network of points of presence (PoPs) around the world that we call Edge.

### 3  Picking PoP Locations

As of today, Dropbox has 20 PoPs around the world:



We try to alternate new PoP placement between selecting the most advantageous PoP for the existing and potential Dropbox users.

A tiny script helps us brute-force the problem by:

A tiny script helps us brute-force the problem by:

1. Splitting the Earth into 7th level s2 regions
2. Placing all the existing PoPs
3. Computing the distance to the nearest PoP for all the regions weighted by "population"
4. Doing exhaustive search to find the "best" location for the new PoP
5. Adding it to the map
6. Looping back to step 3, etc.

By "population" one can use pretty much any metric we want to optimize, for example total number of people in the area, or number of existing/potential users. As for the loss function to determine the score of each placement one can use something standard like L1 or L2 loss. In our case we try to overcompensate for the effects of latency on the TCP throughput.

PoPs consist of network equipment and sets of Linux servers. An average PoP has good connectivity: backbone, multiple transits, public and private peering. By increasing our network connectivity, we decrease the time packets spend in the public internet and therefore heavily decrease packet loss and improve TCP throughput. Currently about half of our traffic comes from peering.

https://dropbox.tech/infrastructure/dropbox-traffic-infrastructure-edge-network (last visited

December 16, 2021)

      30.     The first electronic device (*e.g.*, the server system) running Dropbox server

software and the first and the second electronic client devices (*e.g.*, the first and second client

devices such as laptop or a smart phone) running Dropbox software are associated with a user.

Client devices are associated with a logged-in Dropbox user:

---

**Create an account**

To get started, go to dropbox.com and create an account. You can create a free
Basic account with 2 GBs or a paid account with additional storage space and
features. Then, you can start uploading files to your account or creating new files
in Dropbox.

**Download and sign into the apps**

Once you have a Dropbox account, you can download the Dropbox desktop app to
your computer or download the Dropbox mobile app to your phone or tablet. After
you download the Dropbox apps to your devices, sign into your Dropbox account.

**Sync your files**

You can access all of the files you stored in Dropbox, no matter what device
you're using or where you added the files. Any files you add or changes you make
to your files are automatically updated, or "synced", everywhere you access them
in Dropbox.

---

https://help.dropbox.com/installs-integrations/sync-uploads/sync-overview (last visited

December 16, 2021)

      31.     The first electronic device (*e.g.*, the server system running Dropbox server

software) is configured to receive from a second application executable (*e.g.*, Dropbox App) on

the second electronic device (*e.g.*, the first client device such as a laptop or a smart phone) a

copy of a first electronic file automatically transferred from the second application when the user

modifies a content of the first electronic file.

32.    Dropbox's server system receives, over a network, a copy of a first file from a first client device (*e.g.*, a laptop or a smart phone) associated with a user, the copy of the first file being automatically received from the first client device when the user modifies the content of the first file stored on the first client device, the copy of the first file being an updated version of the first file that is generated from the user modifying the content of the first file in the client device.  When a user modifies a file that has been configured to be synched, the Dropbox software on the client device will upload the updated version of the file that the user modified to Dropbox's servers:

> At its heart, sync is pretty straightforward. Every time you save a file on one device, it's uploaded to an online server. Since it now lives somewhere other than your hard drive — someplace that's always connected to the Internet — you can access the file from any other device. Plus, you don't even need to do anything to get the latest version. Each device repeatedly checks in with the server to see if there's anything new; if there is, they download it, automatically. There are a few riffs on this theme, but that's how Dropbox for Business sync works.

https://blog.dropbox.com/topics/work-culture/what-is-file-sync (last visited December 16, 2021)

33.    Dropbox includes a file sync feature that works on client platforms:

> ## Sync files across devices and platforms
>
> It's easy to make your files accessible on your daily commute to work or on vacation. Save a file to the Dropbox folder on your computer, and it will synchronize automatically to your mobile device. Cloud file sync is available on multiple devices and platforms, from Windows and Mac to mobile devices like iPhone, iPad and Android via the Dropbox mobile app.
>
> Newly saved or updated files are automatically synced everywhere, so you don't have to spend time emailing the newest versions to collaborators. And you can be reassured that all your important files are completely synced by looking for the green checkmark.

> What is sync?                                                                ^
>
> Sync is short for the word 'synchronize' which means an event that happens in more than one place simultaneously. In terms of technology, when you sync a device—such as a phone or tablet, with your computer, all of the data from your computer is automatically synchronized with that device. You can feel confident knowing that all your data—such as photos or work files—is available to you on different devices. This data synching helps further protect you from data loss because it's saved in more than one place.With Dropbox Smart Sync, you can also save space on your hard drive by removing old or 'stale' folders you don't use regularly and storing them to the cloud.

https://www.dropbox.com/features/sync (last visited December 16, 2021)

## How does Dropbox sync my files?

This article is a basic introduction to how Dropbox syncs your files. It explains how you can store your files in Dropbox and sync them between your devices.

When you store files in Dropbox, your files are accessible from everywhere you use Dropbox. This includes:

- Dropbox.com in a web browser, on your computer or phone
- The Dropbox desktop app, on your computer
- The Dropbox mobile app, on your phone or tablet

Your files are also kept up to date everywhere you use Dropbox. This means that if you add or make changes to a file in one place, the file is automatically updated everywhere else.

## How do I get started using Dropbox to sync my files?

You can start syncing all your files across all of your devices with a free Dropbox Basic plan. Dropbox Basic users have 2 GBs of storage space. There's no time limit or trial on a Basic plan, so you can try it as long as you like.

If you want more storage space or access to additional features, you can upgrade to a paid plan. Learn more about the different Dropbox plan options.

https://help.dropbox.com/installs-integrations/sync-uploads/sync-overview (last visited

December 16, 2021)

34.     The first electronic device (*e.g.*, the server system running Dropbox server

software) is configured to automatically transfer the modified first file copy to the third

electronic device (*e.g.*, the second client device such as a laptop or a smart phone) to replace an

older version of the first file stored on the third electronic device (*e.g.*, the second client device)

with the modified first file copy having the content modified by the user.  Dropbox allows

multiple client devices to be linked to a user account, and modifying any file on any of the linked

client devices will cause the modified metadata and file contents to be uploaded from the device to Dropbox's servers, and then downloaded by any other linked client device. Dropbox provides the following architecture for synchronizing the files across the devices:



https://www.dropbox.com/business/trust/security/architecture (last visited December 16, 2021)

35.    Using the Dropbox API, a client device can be configured to automatically make an API call to perform a push request for a modified file:



https://www.dropbox.com/developers/documentation/http/documentation#files-upload (last visited December 16, 2021)

36.    Using the Dropbox API's Webhooks feature, file metadata will be automatically transferred to a client device when a file changes on another client device.  Metadata including a change notification is sent first, after which third party apps may request additional change details metadata and then file contents:

## Using Webhooks

Webhooks are a way for web apps to get real-time notifications when users' files change in Dropbox.

Once you register a URI to receive webhooks, Dropbox will send an HTTP request to that URI every time there's a change for any of your app's registered users.

## Receiving notifications

Once your webhook URI is added, your app will start receiving "notification requests" every time a user's files change. A notification request is an HTTP **POST** request with a JSON body. The JSON has the following format:

```
{
    "list_folder": {
        "accounts": [
            "dbid:AAH4f99T0taONIb-OurWxbNQ6ywGRopQngc",
            ...
        ]
    },
    "delta": {
        "users": [
            12345678,
            23456789,
            ...
        ]
    }
}
```

Note that the payload of the notification request does not include the actual file changes. It only informs your app of which users have changes. You will typically want to call /files/list_folder/continue to get the latest changes for each user in the notification, keeping track of the latest cursor for each user as you go.

Typically, the code you run in response to a notification will make a call to /files/list_folder/continue to get the latest changes for a user. In our sample Markdown-to-HTML converter, we're keeping track of each user's OAuth access token and their latest cursor in Redis (a key-value store). This is the implementation of **process_user** for our Markdown-to-HTML converter sample app:

## Best practices

### Always respond to webhooks quickly

Your app only has ten seconds to respond to webhook requests. For the verification request, this is never really an issue, since your app doesn't need to do any real work to respond. For notification requests, however, your app will usually do something that takes time in response to the request. For example, an app processing file changes will call /files/list_folder/continue and then process the changed files. (In our Markdown example, we needed to download each Markdown file, convert it to HTML, and then upload the result.) It's important to keep in mind that list_folder payloads can sometimes be *very* large and require multiple round-trips to the Dropbox API, particularly when a new user first links your app and has a lot of files.

To make sure you can always respond within ten seconds, you should always do your work on a separate thread (as in the simple example above) or asynchronously using a queue.

https://www.dropbox.com/developers/reference/webhooks?_tk=guides_lp&_ad=deepdive7&_camp=webhooks (last visited December 16, 2021)

With webhooks configured, Dropbox sends an HTTP POST with the user IDs when changes occur. By saving the `cursor` for users, your application can then call /files/list_folder_continue to read the associated change when it receives the hook.

https://www.dropbox.com/developers/reference/content-access-guide?_tk=guides_lp&_ad=deepdive6&_camp=content_access (last visited December 16, 2021)

37.    The second application (*e.g.*, Dropbox software application running on the first client device) automatically transfers the copy of the modified first file to the first electronic device (*e.g.*, the server system) upon determining that a save operation has been performed on the modified first electronic file.  Saving the file to the client device causes the modified file to be automatically transferred to Dropbox's servers and synced to other devices:

### Sync files across devices and platforms

It's easy to make your files accessible on your daily commute to work or on vacation. Save a file to the Dropbox folder on your computer, and it will synchronize automatically to your mobile device. Cloud file sync is available on multiple devices and platforms, from Windows and Mac to mobile devices like iPhone, iPad and Android via the Dropbox mobile app.

Newly saved or updated files are automatically synced everywhere, so you don't have to spend time emailing the newest versions to collaborators. And you can be reassured that all your important files are completely synced by looking for the green checkmark.

What is sync?                                                                                                    ^

Sync is short for the word 'synchronize' which means an event that happens in more than one place simultaneously. In terms of technology, when you sync a device—such as a phone or tablet, with your computer, all of the data from your computer is automatically synchronized with that device. You can feel confident knowing that all your data—such as photos or work files—is available to you on different devices. This data synching helps further protect you from data loss because it's saved in more than one place. With Dropbox Smart Sync, you can also save space on your hard drive by removing old or 'stale' folders you don't use regularly and storing them to the cloud.



https://www.dropbox.com/features/sync (last visited December 16, 2021)

38.    The first electronic device (*e.g.*, the server system) is further configured to receive from a third application (*e.g.*, a Dropbox App) executable on the third electronic device (*e.g.*, the second client device) a copy of a second file automatically transferred from the third application when the user modifies a content of the second electronic file, and automatically transfer the modified second file copy to the second electronic device (*e.g.*, the first client device) to replace an older version of the second file stored on the second electronic device with the modified second electronic file copy having the content modified by the user.

39.    On information and belief, Dropbox has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '561 Patent under 35 U.S.C. § 271(a) by developing, manufacturing, distributing, operating, using, selling, and/or offering to sell Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where user devices and customers of Dropbox products and services interact with Dropbox servers to perform file sync operations.

40.     On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '561 Patent under 35 U.S.C. § 271(b) based on its active marketing and promotion of its Dropbox products and services in the United States to its customers and prospective customers.  On information and belief Dropbox has, and will continue to, intentionally encourage acts of direct infringement with knowledge of the '561 Patent and knowledge that its acts are encouraging infringement.

41.     On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '561 Patent under 35 U.S.C. § 271(c), because Dropbox has had, and continues to have, knowledge that its Dropbox products are especially developed or adapted for a use that infringes the '561 Patent and constitute a material part of the claimed systems and methods.  Dropbox has had, and continues to have, knowledge that there are no substantial non-infringing uses for these Products. Dropbox has infringed and continues to infringe the '561 Patent directly and/or indirectly in violation of 35 U.S.C. § 271(c).

## **DEFENDANT SAILPOINT**

42.     SailPoint makes and sells valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '561 Patent.

43.     More specifically, SailPoint's Identity Governance Platform provides identity governance solutions that are integrated with Dropbox products and services, enabling users of Dropbox products and services to, among other things, control user access, identify sensitive data, and monitor for malicious behavior.

## How does SailPoint integrate with Dropbox?

SailPoint collects and analyzes the data and file permissions in Dropbox to identify sensitive data and determine who has access to it. We can also alert you about inappropriate access to help you maintain security.

### Examples







https://www.sailpoint.com/integrations/dropbox/ (last visited December 16, 2021)

SailPoint is the leading provider of enterprise identity governance solutions. SailPoint's open identity platform enables organizations to manage the entire identity lifecycle of users accessing Dropbox Business, more efficiently control user access, securely prepare your data for migration to Dropbox Business, identify sensitive data, and monitor for malicious behavior.

- **Oversee and streamline who accesses Dropbox Business.** SailPoint identity governance solutions allow you to manage and govern users, groups, and entitlements for DropBox and automate the requesting and provisioning of user access. Improve security and audit performance by instantly reviewing and remediating access.

- **Monitor inappropriate access.** Centralize your visibility to users and their access across Dropbox and other cloud and on-premises applications. Admins can easily audit and ensure access is within corporate policy.

- **Gain greater data visibility.** Identify and classify data prior to migration to gain clear visibility across your data assets and optimize what data should be moved to Dropbox.

- **Clean up permissions.** Collect and analyze permissions to files for deeper insight into who has access and remediate inappropriate access issues to mitigate security risk to your content.

- **Establish data ownership.** Empower data owners who have the most intelligence about the data to take on a key role in managing access and ensure the right users have access to the right data.

- **Support hybrid environments.** Whether your data resides within your datacenter or in Dropbox Business, govern it with a centralized set of controls and policies.

https://www.dropbox.com/app-integrations/sailpoint (last visited December 16, 2021)

44.     On information and belief, SailPoint, in order to develop, support, and provide its identity governance solutions, has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '561 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without

authority.  Included in these acts of infringement are situations where devices associated with SailPoint interact with Dropbox servers to perform file sync operations.

### DEFENDANT CLEAR CHANNEL

45.    Clear Channel uses Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '561 patent.

46.    On its website, Dropbox identifies Clear Channel as a user of Dropbox Business.



https://www.dropbox.com/business/solutions/media (last visited December 16, 2021)

47.    In 2017, Clear Channel along with Dropbox released a study disclosing Clear Channel's purchase of Dropbox Business licenses for its employees and summarizing the commercial benefits from the use of Dropbox Business. A copy of Clear Channel's study is attached as Exhibit 2.



https://www.insightsforprofessionals.com/management/leadership/dropbox-businss-and-clear-channel-outdoor/download (last visited December 16, 2021)

48.     On information and belief, Clear Channel has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '561 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with Clear Channel interact with Dropbox servers to perform file sync operations.

**COUNT TWO**

**INFRINGEMENT OF U.S. PATENT NO. 10,006,942**

49.     Plaintiff incorporates paragraphs 1 through 48 as though fully set forth herein.

50.     Plaintiff is the owner by assignment of U.S. Patent No. 10,067,942 (the "'942 Patent"), entitled "Architecture For Management of Digital Files Across Distributed Network," issued on September 4, 2018. A copy of the '942 Patent is attached as Exhibit 3.

51.    The '942 Patent is generally directed to systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, a copy of the modified electronic file is automatically transferred to other devices based on a communication state of the other devices.

52.    Plaintiff is the owner by assignment of all rights, title, and interest in and to the '942 Patent, including the right to assert all causes of action arising under the '942 Patent and the right to all remedies for the infringement of the '942 Patent.

53.    For example, claim 1 of the '942 Patent states:

1. A system, comprising:

a first electronic device, associated with a user, configured to:

receive, via a first application at the first electronic device, a copy of a modified first electronic file from a second application at a second electronic device associated with the user, wherein the modified first electronic file copy is automatically received from the second application responsive to the user modifying a content of the first electronic file;

determine whether the first electronic device is in communication with a third electronic device;

automatically send, via the first application, the modified first electronic file copy to a third application at the third electronic device responsive to the determination that the first electronic device is in communication with the third electronic device and responsive to receiving the modified first electronic file copy from the second electronic device;

receive, via the first application, a copy of a modified second electronic file from the third application at the third electronic device associated with the user,

26

wherein the modified second electronic file copy is automatically received from the third application responsive to the user modifying a content of the second electronic file;

determine whether the first electronic device is in communication with the second electronic device; and

automatically send, via the first application, the modified second electronic file copy to the second application at the second electronic device responsive to the determination that the first electronic device is in communication with the second electronic device and responsive to receiving the modified second electronic file copy from the third electronic device,

wherein, responsive to sending the modified first electronic file copy to the third electronic device, an older version of the first electronic file stored on the third electronic device is automatically caused to be replaced with the modified first electronic file copy such that the modified first electronic file copy is stored on the third electronic device in lieu of the older version of the first electronic file, and

wherein, responsive to sending the modified second electronic file copy to the second electronic device, an older version of the second electronic file stored on the second electronic device is automatically caused to be replaced with the modified second electronic file copy such that the modified second electronic file copy is stored on the second electronic device in lieu of the older version of the second electronic file.

**DEFENDANT DROPBOX**

54.    In addition to the description in paragraphs 25-41, Dropbox's products and services include systems and methods for sharing electronic files between multiple client devices, wherein when a user modifies an electronic file on a device, a copy of the modified electronic file is automatically transferred to other devices based on a communication state of the other devices.

55.    The first electronic device (*e.g.*, the server system) is configured to determine whether the first electronic device is in communication with a third electronic device (*e.g.*, the second client device such as a laptop or a smart phone).  Dropbox's server system and the client devices determine that the server is in contact with a respective client device after a period of being offline:



**Not connected to internet**

A gray Dropbox icon means that the Dropbox desktop app isn't connected to the internet. This means that changes you make to the Dropbox files and folders on your computer won't update everywhere you access your files in Dropbox until you're connected to internet again. Learn why Dropbox might not be connecting and how to solve it.

https://help.dropbox.com/installs-integrations/sync-uploads/sync-icons (last visited December 16, 2021)

**No Wi-fi? No problem.**

With offline sync and access, you can easily choose to make files in your Dropbox available when you're away from Wi-fi. No signal on the commuter rail, airplane, or while working remote at the coffee shop? No problem—simply make the files you need available offline to access where and when you need them.

What does working remotely or working offline mean?                                              ^

Remote working or working offline are two states of activity that can sometimes be related. Working offline means you're not connected to the Internet but are still able to access your files and folders. You can work on an offline file and any changes will sync when you're back online. Working remotely means you're away from your normal working environment; this could mean you're offline without access to Wi-Fi or have limited Internet connection. Some team members may be full time remote workers or fully remote employees that never travel to a central office.

> **Can I work offline with Dropbox?**
>
> Yes, you can work offline with Dropbox files and folders from your mobile device. To make files available offline, simply turn on the "Available offline" option for individual files you'd like to work with. Dropbox Professional, Dropbox Business, or Dropbox Enterprise customers can also make folders available offline by switching on the same option in each folder.

https://www.dropbox.com/features/sync/work-remotely-offline (last visited December 16, 2021)

56.    The first electronic device (*e.g.*, the server system) is configured to automatically send, via the first application (*e.g.*, application running on the server system), the modified first electronic file copy to a third application at the third electronic device (*e.g.*, the second client device) responsive to the determination that the first electronic device is in communication with the third electronic device and responsive to receiving the modified first electronic file copy from the second electronic device (*e.g.*, the first client device). The Dropbox server system will automatically send the modified file copy to the client device responsive to the determination that the client device is connected to the Dropbox server system and responsive to changes to the file in another client device:

> **Get offline access on all your devices**
>
> With the desktop app, locally synchronized folders and files are available even when you're away from an internet connection. Once you get back online, Dropbox will automatically synchronize your folders and files with all the latest changes. You can also select files to access offline on your Android or iPhone smartphone, and even your iPad.

https://www.dropbox.com/features/sync (last visited December 16, 2021)

57.    Upon information and belief, Dropbox has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims of the '942 Patent under 35 U.S.C. § 271(a) by developing, manufacturing, distributing, operating, using, selling, and/or offering to sell Dropbox products and services in the United States and abroad without authority. Included in these acts of infringement are situations where user devices and customers of Dropbox products and services interact with Dropbox servers to perform file sync operations.

58.     On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '942 Patent under 35 U.S.C. § 271(b) based on its active marketing and promotion of its Dropbox products and services in the United States to its customers and prospective customers.  On information and belief Dropbox has, and will continue to, intentionally encourage acts of direct infringement with knowledge of the '942 Patent and knowledge that its acts are encouraging infringement.

59.     On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '942 Patent under 35 U.S.C. § 271(c), because Dropbox has had, and continues to have, knowledge that its Dropbox products are especially developed or adapted for a use that infringes the '942 Patent and constitute a material part of the claimed systems and methods.  Dropbox has had, and continues to have, knowledge that there are no substantial noninfringing uses for these Products. Dropbox has infringed and continues to infringe the '942 Patent directly or indirectly in violation of 35 U.S.C. § 271(c).

## DEFENDANT SAILPOINT

60.     SailPoint makes and sells valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '942 patent.

61.     More specifically, SailPoint's Identity Governance Platform provides identity governance solutions that are integrated with Dropbox products and services, enabling users of Dropbox products and services to, among other things, control user access, identify sensitive data, and monitor for malicious behavior.

# How does SailPoint integrate with Dropbox?

SailPoint collects and analyzes the data and file permissions in Dropbox to identify sensitive data and determine who has access to it. We can also alert you about inappropriate access to help you maintain security.

**Examples**



Data discovery and classification ▸

Permission analysis ▸

Access monitoring and alerting ▸





https://www.sailpoint.com/integrations/dropbox/ (last visited December 16, 2021)

SailPoint is the leading provider of enterprise identity governance solutions. SailPoint's open identity platform enables organizations to manage the entire identity lifecycle of users accessing Dropbox Business, more efficiently control user access, securely prepare your data for migration to Dropbox Business, identify sensitive data, and monitor for malicious behavior.

- **Oversee and streamline who accesses Dropbox Business.** SailPoint identity governance solutions allow you to manage and govern users, groups, and entitlements for DropBox and automate the requesting and provisioning of user access. Improve security and audit performance by instantly reviewing and remediating access.

- **Monitor inappropriate access.** Centralize your visibility to users and their access across Dropbox and other cloud and on-premises applications. Admins can easily audit and ensure access is within corporate policy.

- **Gain greater data visibility.** Identify and classify data prior to migration to gain clear visibility across your data assets and optimize what data should be moved to Dropbox.

- **Clean up permissions.** Collect and analyze permissions to files for deeper insight into who has access and remediate inappropriate access issues to mitigate security risk to your content.

- **Establish data ownership.** Empower data owners who have the most intelligence about the data to take on a key role in managing access and ensure the right users have access to the right data.

- **Support hybrid environments.** Whether your data resides within your datacenter or in Dropbox Business, govern it with a centralized set of controls and policies.

https://www.dropbox.com/app-integrations/sailpoint (last visited December 16, 2021)

    62.    On information and belief, SailPoint, in order to develop, support, and provide its

identity governance solutions, has directly infringed and continues to infringe, literally and/or

under the doctrine of equivalents, one or more claims of the '942 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority. Included in these acts of infringement are situations where devices associated with SailPoint interact with Dropbox servers to perform file sync operations.

<u>**DEFENDANT CLEAR CHANNEL**</u>

63.    Clear Channel uses Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '942 patent.

64.    On its website, Dropbox identifies Clear Channel as a user of Dropbox Business.

# Businesses across the world of media trust Dropbox













https://www.dropbox.com/business/solutions/media (last visited December 16, 2021)

65.    In 2017, Clear Channel along with Dropbox released a study disclosing Clear Channel's purchase of Dropbox Business licenses for its employees and summarizing the commercial benefits from the use of Dropbox Business. A copy of Clear Channel's study is attached as Exhibit 2.



https://www.insightsforprofessionals.com/management/leadership/dropbox-businss-and-clear-channel-outdoor/download (last visited December 16, 2021)

66.    On information and belief, Clear Channel has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '942 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with Clear Channel interact with Dropbox servers to perform file sync operations.

## COUNT THREE

## INFRINGEMENT OF U.S. PATENT NO. 10,289,607

67.    Plaintiff incorporates paragraphs 1 through 66 as though fully set forth herein.

68.    Plaintiff is the owner by assignment of U.S. Patent No. 10,289,607 (the "'607 Patent"), entitled "Architecture For Management of Digital Files Across Distributed Network" issued on May 14, 2019. A copy of the '607 Patent is attached as Exhibit 4.

69.    The '607 Patent is generally directed to systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, a copy of the modified electronic file is automatically transferred to other devices, and wherein metadata associated with the modified electronic file is assigned a greater priority than the copy of the modified electronic file, and the metadata is automatically transferred to the other devices prior to the copy of the modified electronic file.

70.    Plaintiff is the owner by assignment of all rights, title, and interest in and to the '607 Patent, including the right to assert all causes of action arising under the '607 Patent and the right to all remedies for the infringement of the '607 Patent.

71.    For example, claim 1 of the '607 Patent states:

1. A system, comprising:

server system comprising one or more processors programmed with computer program instructions that, when executed, cause the server system to:

receive, over a network, a copy of a first file from a first client device associated with a user, wherein the copy of the first file is automatically received from the first client device responsive to the user modifying a content of the first file stored on the first client device, the copy of the first file being a version of the first file that is generated from the user modifying the content of the first file;

receive, from the first client device, first metadata associated with the version of the first file that is generated from the user modifying the content of the first file, the first metadata being assigned a first priority greater than a second priority assigned to the copy of the first file;

determine that the server system is not in communication with a second client device associated with the user;

store the copy of the first file on the server system;

automatically transfer the first metadata to the second client device based on the first priority being greater than the second priority such that the first metadata is transferred to the second client device prior to the copy of the first file being transferred to the second client device; and

automatically transfer, over a network, the copy of the first file to the second client device associated with the user to replace an older version of the first file stored on the second client device, responsive to (i) resuming communication with the second client device and (ii) receiving the copy of the first file from the first client device.

## DEFENDANT DROPBOX

72.    In addition to the description in paragraphs 54-60, the Dropbox products and services include systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, a copy of the modified electronic file is automatically transferred to other devices, and wherein metadata associated with the modified electronic file is assigned a greater priority than the copy of the modified electronic file, and the metadata is automatically transferred to the other devices prior to the copy of the modified electronic file.

73.    Dropbox's server system receives, over a network, from a client device, metadata associated with the updated version of a file that is generated from the user modifying the content of the file, the metadata being assigned a priority greater than a priority assigned to the copy of the file.

74.    Dropbox tracks and stores multiple types of metadata associated with stored files:

# How to view metadata for a file in Dropbox

Metadata is information you can see about a file. It includes information like the date your file was created and the size of the file.

To see metadata about your file:

1. Sign In to dropbox.com.
2. Hover over the file and click the checkbox.
3. The file information will be located in the details pane of the right sidebar. If the metadata does not appear, click the arrow or **Info** button in the right sidebar.

In the details pane, you'll see different types of information depending on the type of file you're previewing. All files display the following metadata:

- The location of the file (**Saved In**)
- When the file was last modified (**Modified**)
- The size of the file in bytes (**Size**)
- The type of file (**Type**)

## File-specific metadata

Some types of files display specific metadata in addition to the basic metadata listed above. For more information, refer to the lists of metadata by file type below.

**Image files:**

- Original date
- Focal length
- Shutter speed
- Aperture
- ISO
- Metering
- Flash
- White balance
- Camera make
- Camera model
- Lens model
- Dimensions
- Dots per inch
- Color profile
- Artist
- Copyright

**Microsoft Office files:**

- Title
- Copyright Notice
- Revision Number
- Pages
- Paragraphs
- Words
- Characters

https://help.dropbox.com/files-folders/sort-preview/file-info (last visited December 16,

2021):

75.    As demonstrated by the Dropbox API, Dropbox tracks and stores additional types

of metadata for files, including metadata (*e.g.,* client_modified) that is supplied by a client prior

to uploading a modified file:

## /get_metadata

| VERSION | 1 ▼ |
|---|---|

| DESCRIPTION | Returns the metadata for a file or folder. |
|---|---|
| | Note: Metadata for the root folder is unsupported. |

### FileMetadata

**name**  *String*  The last component of the path (including extension). This never contains a slash.

**id**  *String(min_length=1)*  A unique identifier for the file.

**client_modified**  *Timestamp(format="%Y-%m-%dT%H:%M:%SZ")*  For files, this is the modification time set by the desktop client when the file was added to Dropbox. Since this time is not verified (the Dropbox server stores whatever the desktop client sends up), this should only be used for display purposes (such as sorting) and not, for example, to determine if a file has changed or not.

**server_modified**  *Timestamp(format="%Y-%m-%dT%H:%M:%SZ")*  The last time the file was modified on Dropbox.

**rev**  *String(min_length=9, pattern="[0-9a-f]+")*  A unique identifier for the current revision of a file. This field is the same rev as elsewhere in the API and can be used to detect changes and avoid conflicts.

**size**  *UInt64*  The file size in bytes.

**path_lower**  *String?*  The lowercased full path in the user's Dropbox. This always starts with a slash. This field will be null if the file or folder is not mounted. This field is optional.

**path_display**  *String?*  The cased path to be used for display purposes only. In rare instances the casing will not correctly match the user's filesystem, but this behavior will match the path provided in the Core API v1, and at least the last path component will have the correct casing. Changes to only the casing of paths won't be returned by list_folder/continue. This field will be null if the file or folder is not mounted. This field is optional.

**parent_shared_folder_id** `deprecated`  *String(pattern="[-_0-9a-zA-Z:]+")?*  Field is deprecated. Please use FileSharingInfo.parent_shared_folder_id or FolderSharingInfo.parent_shared_folder_id instead. This field is optional.

**media_info**  *MediaInfo?*  Additional information if the file is a photo or video. This field will not be set on entries returned by list_folder, list_folder/continue, or get_thumbnail_batch, starting December 2, 2019. This field is optional.

> **symlink_info**  *SymlinkInfo?*  Set if this file is a symlink. This field is optional.
>
> **sharing_info**  *FileSharingInfo?*  Set if this file is contained in a shared folder. This field is optional.
>
> **is_downloadable**  *Boolean*  If true, file can be downloaded directly; else the file must be exported. The default for this field is True.
>
> **export_info**  *ExportInfo?*  Information about format this file can be exported to. This filed must be set if is_downloadable is set to false. This field is optional.
>
> **property_groups**  *List of (PropertyGroup)?*  Additional information if the file has custom properties with the property template specified. This field is optional.

> **has_explicit_shared_members**  *Boolean?*  This flag will only be present if include_has_explicit_shared_members is true in list_folder or get_metadata. If this flag is present, it will be true if this file has any explicit shared members. This is different from sharing_info in that this could be true in the case where a file has explicit members but is not contained within a shared folder. This field is optional.
>
> **content_hash**  *String(min_length=64, max_length=64)?*  A hash of the file content. This field can be used to verify data integrity. For more information see our Content hash page. This field is optional.
>
> **file_lock_info**  *FileLockMetadata?*  If present, the metadata associated with the file's current lock. This field is optional.

https://www.dropbox.com/developers/documentation/http/documentation#files-get_metadata

(last visited December 16, 2021)

76.    Metadata associated with files is stored separately from the file contents, and with a higher priority.  When a file is modified on a client device, the client device will also upload new metadata for the file. Dropbox's notification system enforces a priority system where changes to file metadata are propagated faster than, and downloaded by other client devices before, changes to file content.  Dropbox provides the following architecture:

> ## Our file infrastructure is comprised of the following components:
>
> **Metadata servers**
>
> Certain basic information about user data, called metadata, is kept in its own discrete storageservice and acts as an index for the data in users' accounts. Metadata includes basic accountand user information, like email address, name, and device names. Metadata also includes basicinformation about files, including file names and types, that helps support features like versionhistory, recovery, and sync.



https://www.dropbox.com/business/trust/security/architecture (last visited December 16, 2021)

77.     Using the Dropbox API, metadata for a modified file will be uploaded with a higher priority from the sending client device to Dropbox's servers before the file contents, either using a single file upload call or sequential upload calls for larger files.  The higher-priority metadata may be passed in an HTTP request header while the lower-priority file content may follow in the HTTP request body:

> **Content-upload endpoints**
> These endpoints accept file content in the request body, so their arguments are instead passed as JSON in the `Dropbox-API-Arg` request header or `arg` URL parameter. These endpoints are on the `content.dropboxapi.com` domain.

https://www.dropbox.com/developers/documentation/http/documentation (last visited December 16, 2021)

78.     When a client device comes online in contact with Dropbox's servers, changed files will be automatically transferred to the device.  This automatic transfer is responsive to determining that the client device is online and receiving the copy of the modified file from the source device:

> **Does Dropbox update and sync files automatically?**
>
> The Dropbox desktop app will update and sync files automatically any time you're connected to the internet. This makes sure you always have the latest version of your file across all linked devices. However, you can set specific files to not sync when you're online. By turning on selective sync, you can choose which files will update and sync automatically whenever an internet connection is detected.

https://www.dropbox.com/features/sync/work-remotely-offline (last visited December 16, 2021)

79.     Upon information and belief, Dropbox has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims of the '607 Patent under 35 U.S.C. § 271(a) by developing, manufacturing, distributing, operating, using, selling, and/or offering to sell Dropbox products and services in the United States and abroad without authority. Included in these acts of infringement are situations where user devices and customers of Dropbox products and services interact with Dropbox servers to perform file sync operations.

80.     On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '607 Patent under 35 U.S.C. § 271(b) based on its active marketing and promotion of its Dropbox products and services in the united States to its customers and prospective customers.  On information and belief Dropbox has, and will continue to, intentionally encourage acts of direct infringement with knowledge of the '607 Patent and knowledge that its acts are encouraging infringement.

81.     On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '607 Patent under 35 U.S.C. § 271(c), because Dropbox has had, and continues to have, knowledge that its Dropbox products are especially developed or adapted for a use that infringes the '607 Patent and constitute a material part of the claimed systems and methods.  Dropbox has had, and continues to have, knowledge that there are no substantial noninfringing uses for these Products. Dropbox has infringed and continues to infringe the '607 Patent directly or indirectly in violation of 35 U.S.C. § 271(c).

## **DEFENDANT SAILPOINT**

82.     SailPoint makes and sells valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '607 patent.

83.     More specifically, SailPoint's Identity Governance Platform provides identity governance solutions that are integrated with Dropbox products and services, enabling users of Dropbox products and services to, among other things, control user access, identify sensitive data, and monitor for malicious behavior.







https://www.sailpoint.com/integrations/dropbox/ (last visited December 16, 2021)

SailPoint is the leading provider of enterprise identity governance solutions. SailPoint's open identity platform enables organizations to manage the entire identity lifecycle of users accessing Dropbox Business, more efficiently control user access, securely prepare your data for migration to Dropbox Business, identify sensitive data, and monitor for malicious behavior.

- **Oversee and streamline who accesses Dropbox Business.** SailPoint identity governance solutions allow you to manage and govern users, groups, and entitlements for DropBox and automate the requesting and provisioning of user access. Improve security and audit performance by instantly reviewing and remediating access.

- **Monitor inappropriate access.** Centralize your visibility to users and their access across Dropbox and other cloud and on-premises applications. Admins can easily audit and ensure access is within corporate policy.

- **Gain greater data visibility.** Identify and classify data prior to migration to gain clear visibility across your data assets and optimize what data should be moved to Dropbox.

- **Clean up permissions.** Collect and analyze permissions to files for deeper insight into who has access and remediate inappropriate access issues to mitigate security risk to your content.

- **Establish data ownership.** Empower data owners who have the most intelligence about the data to take on a key role in managing access and ensure the right users have access to the right data.

- **Support hybrid environments.** Whether your data resides within your datacenter or in Dropbox Business, govern it with a centralized set of controls and policies.

https://www.dropbox.com/app-integrations/sailpoint (last visited December 16, 2021)

84.    On information and belief, SailPoint, in order to develop, support, and provide its identity governance solutions, has directly infringed and continues to infringe, literally and/or

under the doctrine of equivalents, one or more claims of the '607 Patent under 35 U.S.C. §

271(a) by using Dropbox products and services in the United States and abroad without

authority.  Included in these acts of infringement are situations where devices associated with

SailPoint interact with Dropbox servers to perform file sync operations.

**DEFENDANT CLEAR CHANNEL**

85.     Clear Channel uses Dropbox's online document storage and synchronization

products and services, including those products and services that infringe Plaintiff's patents

identified above, through Dropbox's online platforms and mobile applications to customers,

which practice each and every limitation of one or more claims of the '607 patent.

86.     On its website, Dropbox identifies Clear Channel as a user of Dropbox Business.

# Businesses across the world of media trust Dropbox









https://www.dropbox.com/business/solutions/media (last visited December 16, 2021)

87.     In 2017, Clear Channel along with Dropbox released a study disclosing Clear

Channel's purchase of Dropbox Business licenses for its employees and summarizing the

commercial benefits from the use of Dropbox Business. A copy of Clear Channel's study is

attached as Exhibit 2.



https://www.insightsforprofessionals.com/management/leadership/dropbox-businss-and-clear-channel-outdoor/download (last visited December 16, 2021)

88.     On information and belief, Clear Channel has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '607 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with Clear Channel interact with Dropbox servers to perform file sync operations.

## COUNT FOUR

## INFRINGEMENT OF U.S. PATENT NO. 10,642,787

89.     Plaintiff incorporates paragraphs 1 through 88 as though fully set forth herein.

90.     Plaintiff is the owner by assignment of U.S. Patent No. 10,642,787 (the "'787 Patent"), entitled "Pre-file-transfer update based on prioritized metadata" issued on May 5, 2020. A copy of the '787 Patent is attached as Exhibit 5.

91.    The '787 Patent is generally directed to systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, metadata associated with the modified electronic file is automatically transferred to other devices with higher priority before a copy of the modified electronic file is transferred to the other devices, which causes a user interface of the other devices to indicate the updated version of the modified electronic file.

92.    Plaintiff is the owner by assignment of all rights, title, and interest in and to the '787 Patent, including the right to assert all causes of action arising under the '787 Patent and the right to all remedies for the infringement of the '787 Patent.

93.    For example, claim 1 of the '787 Patent states:

1.    A system comprising:

a server system comprising one or more processors programmed with computer program instructions that, when executed, cause the server system to:

receive, over a network, a copy of a first file from a first client device associated with a user, wherein the copy of the first file is automatically received from the first client device responsive to the user modifying a content of the first file stored on the first client device, the copy of the first file being an updated version of the first file that is generated from the user modifying the content of the first file;

receive, over a network, from the first client device, first metadata associated with the updated version of the first file that is generated from the user modifying the content of the first file, the first metadata being assigned a first priority greater than a second priority assigned to the copy of the first file; and

automatically transfer, based on the first priority being greater than the second priority, the first metadata over a network to a second client device associated with the user such that the first metadata is transferred to the second client device before the copy of the first file is transferred to the second client device,

wherein, before the copy of the first file is transferred to the second client device:

(i) the transfer of the first metadata to the second client device causes a file representation of the first file presented on a user interface of the second client device to be updated based on the first metadata, and

(ii) instead of the updated file representation of the first file representing a version of the first file currently stored on the second client device, the updated file representation represents the updated version of the first file that is currently stored on the first client device and not currently stored on the second client device, and

wherein at least one of the server system or the first client device comprises a priority assignment configuration to assign greater priority to metadata associated with files than priority assigned to the files such that at least one of the server system or the first client device assigns the first priority to the first metadata and the second priority to the copy of the first file based on the priority assignment configuration.

## **DEFENDANT DROPBOX**

94.    In addition to the description in paragraphs 73-82, Dropbox's server system comprises one or more processors running Dropbox server software, and Dropbox's file sharing software running on a first client device and a second client device configure the first client

device and the second client device to sync with each other. When a user modifies a content of a first file stored on the first client device, Dropbox's server system receives metadata, with higher priority, about the modified first file from the first client device, and automatically transfers the metadata to the second client device before a copy of the modified first file, with lower priority, is transferred to the second client device.

95.    Based on the higher-priority metadata transferred from the Dropbox server system to the second client device, a file representation of the first file presented on a Dropbox user interface of the second client device is updated, before the copy of the modified first file is transferred to the second client device. The updated file representation represents the updated version of the first file that is currently stored on the first client device and not currently stored on the second client device.

96.    Based on the metadata downloaded to the second client device in association with the modified first file, and prior to receiving the modified first file, a Dropbox user interface of the second client device displays a graphical annotation, indicating that the updated version of the first file is available for download.  Dropbox provides the following sync icons and symbols in the Dropbox folder and in the taskbar (Windows) or menu bar (Mac):

## The sync icons in the Dropbox folder

Below are the sync icons that appear on files and folders in your Dropbox folder in File Explorer (Windows) or Finder (Mac).

 **Synced and local**

A solid green circle with a white checkmark means your file or folder is fully synced and local. "Synced" means that any changes you made to this file or folder are reflected everywhere you access your files in Dropbox. "Local" means that your file or folder is available when you're not connected to internet.



**Sync in progress**

A solid blue circle with two white arrows going in a circle means that your file or folder is in the process of updating. If you chose to add it to your hard drive with the selective sync feature, this icon could mean that it's still in the process of syncing to your hard drive. If you use the Smart Sync feature, this icon could mean that your file is in the process of changing its sync status between online-only and local.

**The sync icons in the taskbar or menu bar**

Below are the different Dropbox icons in your taskbar (Windows) or menu bar (Mac), which is visible when the Dropbox desktop app is open on your computer. The icon color may vary, depending on your operating system.



**Fully synced**

A solid black Dropbox icon with no other icon means the Dropbox files and folders on your computer are fully up to date. Any changes you made are reflected everywhere you use Dropbox.



**Sync in progress**

A solid black circle with two white arrows going in a circle means that the Dropbox files and folders on your computer are in the process of updating. Any changes you made are updating everywhere you access your files in Dropbox.

https://help.dropbox.com/installs-integrations/sync-uploads/sync-icons (last visited December 16, 2021).

You'll notice that there are icons on top of all the files and folders within your Dropbox.

A green icon means that your file is sync'd with Dropbox

A blue icon means that your file is currently being transferred to Dropbox

A red icon means that your file couldn't be transferred.

The same applies to the Dropbox tray/menu bar icon.

A green icon means that all your files in Dropbox are up to date

A blue icon means that your Dropbox is currently transferring files

A red icon means that Dropbox is unable to sync files

https://www.totalestimating.com/Dropbox_guide.pdf (last visited October 13, 2021)

97.    The updated file representation indicates that the updated version of the first file from the first client device is available for download from the Dropbox's server system to the second client device.

98.    As described in paragraphs 77-79, Dropbox's server system has a configuration to assign greater priority to metadata than priority assigned to the files.  Dropbox's notification system enforces a priority system where changes to file metadata are propagated faster than, and downloaded by other client devices before, changes to file content.

99.    Upon information and belief, Dropbox has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims of the '787 Patent under 35 U.S.C. § 271(a) by developing, manufacturing, distributing, operating, using, selling, and/or offering to sell Dropbox products and services in the United States and abroad without authority. Included in these acts of infringement are situations where user devices and customers of Dropbox products and services interact with Dropbox servers to perform file sync operations.

100.    On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '787 Patent under 35 U.S.C. § 271(b) based on its active marketing and promotion of its Dropbox products and services in the United States to its customers and prospective customers.  On information and belief Dropbox has, and will continue to, intentionally encourage acts of direct infringement with knowledge of the '787 Patent and knowledge that its acts are encouraging infringement.

101.    On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '787 Patent under 35 U.S.C. § 271(c), because Dropbox has had, and continues to have, knowledge that its Dropbox products are especially developed or adapted for a use that infringes the '787 Patent and constitute a material part of the claimed systems and methods.  Dropbox has had, and continues to have, knowledge that there are no substantial noninfringing uses for these Products. Dropbox has infringed and continues to infringe the '787 Patent directly or indirectly in violation of 35 U.S.C. § 271(c).

## DEFENDANT SAILPOINT

102.    SailPoint makes and sells valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '787 patent.

103.    More specifically, SailPoint's Identity Governance Platform provides identity governance solutions that are integrated with Dropbox products and services, enabling users of Dropbox products and services to, among other things, control user access, identify sensitive

data, and monitor for malicious behavior.







https://www.sailpoint.com/integrations/dropbox/ (last visited December 16, 2021)

SailPoint is the leading provider of enterprise identity governance solutions. SailPoint's open identity platform enables organizations to manage the entire identity lifecycle of users accessing Dropbox Business, more efficiently control user access, securely prepare your data for migration to Dropbox Business, identify sensitive data, and monitor for malicious behavior.

- **Oversee and streamline who accesses Dropbox Business.** SailPoint identity governance solutions allow you to manage and govern users, groups, and entitlements for DropBox and automate the requesting and provisioning of user access. Improve security and audit performance by instantly reviewing and remediating access.

- **Monitor inappropriate access.** Centralize your visibility to users and their access across Dropbox and other cloud and on-premises applications. Admins can easily audit and ensure access is within corporate policy.

- **Gain greater data visibility.** Identify and classify data prior to migration to gain clear visibility across your data assets and optimize what data should be moved to Dropbox.

- **Clean up permissions.** Collect and analyze permissions to files for deeper insight into who has access and remediate inappropriate access issues to mitigate security risk to your content.

- **Establish data ownership.** Empower data owners who have the most intelligence about the data to take on a key role in managing access and ensure the right users have access to the right data.

- **Support hybrid environments.** Whether your data resides within your datacenter or in Dropbox Business, govern it with a centralized set of controls and policies.

https://www.dropbox.com/app-integrations/sailpoint (last visited December 16, 2021)

104.     On information and belief, SailPoint, in order to develop, support, and provide its identity governance solutions, has directly infringed and continues to infringe, literally and/or

under the doctrine of equivalents, one or more claims of the '787 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with SailPoint interact with Dropbox servers to perform file sync operations.

### DEFENDANT CLEAR CHANNEL

105.    Clear Channel uses Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '787 Patent.

106.    On its website, Dropbox identifies Clear Channel as a user of Dropbox Business.

## Businesses across the world of media trust Dropbox













https://www.dropbox.com/business/solutions/media (last visited December 16, 2021)

107.    In 2017, Clear Channel along with Dropbox released a study disclosing Clear Channel's purchase of Dropbox Business licenses for its employees and summarizing the commercial benefits from the use of Dropbox Business. A copy of Clear Channel's study is attached as Exhibit 2.



https://www.insightsforprofessionals.com/management/leadership/dropbox-businss-and-clear-channel-outdoor/download (last visited December 16, 2021)

108. On information and belief, Clear Channel has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '787 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority. Included in these acts of infringement are situations where devices associated with Clear Channel interact with Dropbox servers to perform file sync operations.

**COUNT FIVE**

**INFRINGEMENT OF U.S. PATENT NO. 10,754,823**

109. Plaintiff incorporates paragraphs 1 through 108 as though fully set forth herein.

110. Plaintiff is the owner, by assignment of U.S. Patent No. 10,754,823 (the "'823 Patent"), entitled "Pre-file-transfer availability indication based on prioritized metadata" issued on August 25, 2020. A copy of the '823 Patent is attached as Exhibit 6.

111.    The '823 Patent is generally directed to systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, metadata associated with the modified electronic file is automatically transferred to other devices with higher priority, which causes a graphical availability indication of the updated version of the modified electronic file to be presented on the other devices, and subsequently the copy of the modified electronic file is transferred to the other devices.

112.    Plaintiff is the owner by assignment of all rights, title, and interest in and to the '823 Patent, including the right to assert all causes of action arising under the '823 Patent and the right to all remedies for the infringement of the '823 Patent.

113.    For example, claim 1 of the '823 Patent states:

1.    A system comprising:

a server system comprising one or more processors programmed with computer
    program instructions that, when executed, cause the server system to:

receive, over a network, a copy of a first file from a first client device associated
    with a user, wherein the copy of the first file is automatically received from
    the first client device responsive to the user modifying a content of the first
    file stored on the first client device, the copy of the first file being an updated
    version of the first file that is generated from the user modifying the content
    of the first file;

receive, over a network, from the first client device, first metadata associated with
    the updated version of the first file that is generated from the user modifying
    the content of the first file, the first metadata being assigned a first priority
    greater than a second priority assigned to the copy of the first file;

automatically transfer, based on the first priority being greater than the second priority, the first metadata over a network to a second client device associated with the user such that the first metadata is transferred to the second client device before the copy of the first file is transferred to the second client device,

wherein, before the copy of the first file is transferred to the second client device:

(i) the transfer of the first metadata to the second client device causes a graphical availability indication of the updated version of the first file to be presented at the second client device based on the first metadata, and

(ii) the graphical availability indication is presented proximate a file icon representing the first file on a user interface of the second client device, and

wherein the graphical availability indication indicates that the updated version of the first file generated from the user modifying the content of the first file is available to be downloaded from the server system to the second client device; and

subsequent to the transfer of the first metadata to the second client device, transfer the copy of the first file to the second client device,

wherein at least one of the server system or the first client device comprises a priority assignment configuration to assign greater priority to metadata associated with files than priority assigned to the files such that at least one of the server system or the first client device assigns the first priority to the first metadata and the second priority to the copy of the first file based on the priority assignment configuration.

**DEFENDANT DROPBOX**

114.    In addition to the description in paragraphs 95-102, Dropbox's server system includes one or more processors running Dropbox server software and Dropbox's file sharing software running on a first client device and a second client device configure the first client device and the second client device to sync with each other. When a user modifies a content of a first file stored on the first client device, Dropbox's server system receives metadata, with higher priority, about the modified first file from the first client device, and automatically transfers the metadata to the second client device before a copy of the modified first file, with lower priority, is transferred to the second client device.

115.    Based on the higher-priority metadata transferred from the Dropbox server system to the second client device, a graphical availability indication of the updated version of the first file is presented proximate a file icon representing the first file on a Dropbox user interface of the second client device, before the copy of the modified first file is transferred to the second client device. The graphical availability indication represents that the updated version of the first file is available to be downloaded from the Dropbox server system to the second client device.

116.    Based on the metadata downloaded from Dropbox's servers to the second client device, and prior to receiving the modified file, graphical availability indications are presented next to file icons on Dropbox user interface of the second client device to notify the status of syncing:



https://www.dropbox.com/en_GB/lp/pro/pro_onboarding_desktop_app (last visited

December 16, 2021)

117.    Subsequent to the metadata transfer, Dropbox's server system transfers the

modified file to the linked device.  Once the transfer is completed, the blue icon with two white

arrows going in a circle indicating sync in progress is changed to a green icon with a white

checkmark indicating that the file has been updated.





https://www.totalestimating.com/Dropbox_guide.pdf (last visited December 16, 2021)

118.    Upon information and belief, Dropbox has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims of the '823 Patent under 35 U.S.C. § 271(a) by developing, manufacturing, distributing, operating, using, selling, and/or offering to sell Dropbox products and services in the United States and abroad without authority. Included in these acts of infringement are situations where user devices and customers of Dropbox products and services interact with Dropbox servers to perform file sync operations.

119.    On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '823 Patent under 35 U.S.C. § 271(b) based on its active marketing and promotion of its Dropbox products and services in the United States to its customers and prospective customers.  On information and belief Dropbox has, and will continue to, intentionally encourage acts of direct infringement with knowledge of the '823 Patent and knowledge that its acts are encouraging infringement.

120.    On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '823 Patent under 35 U.S.C. § 271(c), because Dropbox has had, and continues to have, knowledge that its Dropbox products are especially developed or adapted for a use that infringes the '823 Patent and constitute a material part of the claimed systems and methods.  Dropbox has had, and continues to have, knowledge that there are no substantial noninfringing uses for these Products. Dropbox has infringed and continues to infringe the '823 Patent directly or indirectly in violation of 35 U.S.C. § 271(c).

## DEFENDANT SAILPOINT

121.    SailPoint makes and sells valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online

platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '823 patent.

122.    More specifically, SailPoint's Identity Governance Platform provides identity governance solutions that are integrated with Dropbox products and services, enabling users of Dropbox products and services to, among other things, control user access, identify sensitive data, and monitor for malicious behavior.







https://www.sailpoint.com/integrations/dropbox/ (last visited December 16, 2021)

SailPoint is the leading provider of enterprise identity governance solutions. SailPoint's open identity platform enables organizations to manage the entire identity lifecycle of users accessing Dropbox Business, more efficiently control user access, securely prepare your data for migration to Dropbox Business, identify sensitive data, and monitor for malicious behavior.

- **Oversee and streamline who accesses Dropbox Business.** SailPoint identity governance solutions allow you to manage and govern users, groups, and entitlements for DropBox and automate the requesting and provisioning of user access. Improve security and audit performance by instantly reviewing and remediating access.

- **Monitor inappropriate access.** Centralize your visibility to users and their access across Dropbox and other cloud and on-premises applications. Admins can easily audit and ensure access is within corporate policy.

- **Gain greater data visibility.** Identify and classify data prior to migration to gain clear visibility across your data assets and optimize what data should be moved to Dropbox.

- **Clean up permissions.** Collect and analyze permissions to files for deeper insight into who has access and remediate inappropriate access issues to mitigate security risk to your content.

- **Establish data ownership.** Empower data owners who have the most intelligence about the data to take on a key role in managing access and ensure the right users have access to the right data.

- **Support hybrid environments.** Whether your data resides within your datacenter or in Dropbox Business, govern it with a centralized set of controls and policies.

https://www.dropbox.com/app-integrations/sailpoint (last visited December 16, 2021)

123.    On information and belief, SailPoint, in order to develop, support, and provide its identity governance solutions, has directly infringed and continues to infringe, literally and/or

under the doctrine of equivalents, one or more claims of the '823 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with SailPoint  interact with Dropbox servers to perform file sync operations.

### DEFENDANT CLEAR CHANNEL

124.    Clear Channel uses Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '823 patent.

125.    On its website, Dropbox identifies Clear Channel as a user of Dropbox Business.

# Businesses across the world of media trust Dropbox









https://www.dropbox.com/business/solutions/media (last visited December 16, 2021)

126.    In 2017, Clear Channel along with Dropbox released a study disclosing Clear Channel's purchase of Dropbox Business licenses for its employees and summarizing the commercial benefits from the use of Dropbox Business. A copy of Clear Channel's study is attached as Exhibit 2.



https://www.insightsforprofessionals.com/management/leadership/dropbox-businss-and-clear-channel-outdoor/download (last visited December 16, 2021)

127.    On information and belief, Clear Channel has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '823 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with Clear Channel interact with Dropbox servers to perform file sync operations.

**COUNT SIX**

**INFRINGEMENT OF U.S. PATENT NO. 11,003,622**

128.    Plaintiff incorporates paragraphs 1 through 127 as though fully set forth herein.

129.    Plaintiff is the owner by assignment of U.S. Patent No. 11,003,622 (the "'622 Patent"), entitled "Architecture For Management of Digital Files Across Distributed Network" issued on May 11, 2021. A copy of the '622 Patent is attached as Exhibit 7.

130.    The '622 Patent is generally directed to systems and methods for sharing electronic files between multiple devices, wherein when a user modifies an electronic file on a device, metadata associated with the modified electronic file is first automatically transferred to other devices with higher priority and a copy of the modified file is automatically transferred to the other devices to replace an older version of the electronic file stored on the other devices.

131.    Plaintiff is the owner by assignment of all rights, title, and interest in and to the '622 Patent, including the right to assert all causes of action arising under the '622 Patent and the right to all remedies for the infringement of the '622 Patent.

132.    For example, claim 1 of the '622 Patent states:

1.    A system comprising:

a server system comprising one or more processors programmed with computer program instructions that, when executed, cause the server system to:

receive, over a network, a copy of a first file from a first client device associated with a user, wherein the copy of the first file is automatically received from the first client device responsive to the user modifying a content of the first file stored on the first client device, the copy of the first file being a version of the first file that is generated from the user modifying the content of the first file;

store the copy of the first file on the server system;

receive, from the first client device, first metadata associated with the version of the first file that is generated from the user modifying the content of the first file, the first metadata being assigned a first priority greater than a second priority assigned to the copy of the first file;

automatically transfer, based on the first priority being greater than the second priority, the first metadata to the second client device such that the first metadata is transferred to the second client device prior to the copy of the first file being transferred to the second client device; and

automatically transfer, over a network, the copy of the first file to the second client device associated with the user to replace an older version of the first file stored on the second client device, responsive to receiving the copy of the first file from the first client device.

**DEFENDANT DROPBOX**

133.    In addition to the description in paragraphs 115-121, Dropbox's server system comprises one or more processors running Dropbox server software and Dropbox's file sharing software running on a first client device and a second client device configure the first client device and the second client device to sync with each other. When a user modifies a content of a first file stored on the first client device, Dropbox's server system receives metadata, with higher priority, about the modified first file from the first client device, and automatically transfers the metadata to the second client device before a copy of the modified first file, with lower priority, is transferred to the second client device. Subsequently, Dropbox's server system automatically transfers the copy of the modified first file to the second client device to replace an older version of the first file stored on the second client device.

134.    Dropbox's servers automatically update and sync modified files across linked devices, responsive to receiving the copy of the modified file from any one of the linked devices:

> **Does Dropbox update and sync files automatically?**
>
> The Dropbox desktop app will updateand sync files automatically any time you're connected to the internet. This makes sure you always have the latest version of your file across all linked devices. However, you can set specific files to not sync when you're online. By turning on selective sync, you can choose which files will update and sync automatically whenever an internet connection is detected.

https://www.dropbox.com/features/sync/work-remotely-offline (last visited December 16, 2021)

135.    Dropbox's file sync feature automatically transfers the updated version of the file, received from the first client device, to the second client device to replace an older version of the file stored on the second client device. Thus, any changes to a file made in the first client device is automatically transferred to the second client device to replace the previous version of that file in the second client device. The synced file is saved on the hard drive of the second client device:

> # Can I use Dropbox syncing to move my files to a new computer?
>
> After you follow the steps above to get started, your files are synced to Dropbox, so you don't need to move or transfer them manually between computers or devices anymore. You can access them from any device through dropbox.com or the Dropbox desktop and mobile apps.
>
> If you'd like your files saved on a computer's hard drive (or multiple computers' hard drives), as well as to your Dropbox account online, you can choose to do so when you download the Dropbox desktop app. When prompted, choose "local" instead of "online-only". You can also change a computer's Smart Sync settings to "local" in your desktop app preferences at any time.

https://help.dropbox.com/installs-integrations/sync-uploads/sync-overview (last visited December 16, 2021)

136.    Upon information and belief, Dropbox has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims of the '622 Patent under 35 U.S.C. § 271(a) by developing, manufacturing, distributing, operating, using, selling, and/or offering to sell Dropbox products and services in the United States and abroad without authority.

Included in these acts of infringement are situations where user devices and customers of Dropbox products and services interact with Dropbox servers to perform file sync operations.

137.    On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '622 Patent under 35 U.S.C. § 271(b) based on its active marketing and promotion of its Dropbox products and services in the United States to its customers and prospective customers.  On information and belief Dropbox has, and will continue to, intentionally encourage acts of direct infringement with knowledge of the '622 Patent and knowledge that its acts are encouraging infringement.

138.    On information and belief, Dropbox is liable for infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '622 Patent under 35 U.S.C. § 271(c), because Dropbox has had, and continues to have, knowledge that its Dropbox products are especially developed or adapted for a use that infringes the '622 Patent and constitute a material part of the claimed systems and methods.  Dropbox has had, and continues to have, knowledge that there are no substantial noninfringing uses for these Products. Dropbox has infringed and continues to infringe the '622 Patent directly or indirectly in violation of 35 U.S.C. § 271(c).

**DEFENDANT SAILPOINT**

139.    SailPoint makes and sells valued added integration services and products for Dropbox's online document storage and synchronization products and services, including those products and services that infringe Plaintiff's patents identified above, through Dropbox's online platforms and mobile applications to customers, which practice each and every limitation of one or more claims of the '622 patent.

140.    More specifically, SailPoint's Identity Governance Platform provides identity governance solutions that are integrated with Dropbox products and services, enabling users of

Dropbox products and services to, among other things, control user access, identify sensitive data, and monitor for malicious behavior.







https://www.sailpoint.com/integrations/dropbox/ (last visited December 16, 2021)

SailPoint is the leading provider of enterprise identity governance solutions. SailPoint's open identity platform enables organizations to manage the entire identity lifecycle of users accessing Dropbox Business, more efficiently control user access, securely prepare your data for migration to Dropbox Business, identify sensitive data, and monitor for malicious behavior.

- **Oversee and streamline who accesses Dropbox Business.** SailPoint identity governance solutions allow you to manage and govern users, groups, and entitlements for DropBox and automate the requesting and provisioning of user access. Improve security and audit performance by instantly reviewing and remediating access.

- **Monitor inappropriate access.** Centralize your visibility to users and their access across Dropbox and other cloud and on-premises applications. Admins can easily audit and ensure access is within corporate policy.

- **Gain greater data visibility.** Identify and classify data prior to migration to gain clear visibility across your data assets and optimize what data should be moved to Dropbox.

- **Clean up permissions.** Collect and analyze permissions to files for deeper insight into who has access and remediate inappropriate access issues to mitigate security risk to your content.

- **Establish data ownership.** Empower data owners who have the most intelligence about the data to take on a key role in managing access and ensure the right users have access to the right data.

- **Support hybrid environments.** Whether your data resides within your datacenter or in Dropbox Business, govern it with a centralized set of controls and policies.

https://www.dropbox.com/app-integrations/sailpoint (last visited December 16, 2021)

141.    On information and belief, SailPoint, in order to develop, support, and provide its

identity governance solutions, has directly infringed and continues to infringe, literally and/or

under the doctrine of equivalents, one or more claims of the '622 Patent under 35 U.S.C. §

271(a) by using Dropbox products and services in the United States and abroad without

authority.  Included in these acts of infringement are situations where devices associated with

SailPoint  interact with Dropbox servers to perform file sync operations.

<u>**DEFENDANT CLEAR CHANNEL**</u>

142.    Clear Channel uses Dropbox's online document storage and synchronization

products and services, including those products and services that infringe Plaintiff's patents

identified above, through Dropbox's online platforms and mobile applications to customers,

which practice each and every limitation of one or more claims of the '622 patent.

143.    On its website, Dropbox identifies Clear Channel as a user of Dropbox Business.

# Businesses across the world of media trust Dropbox

  

  

<u>https://www.dropbox.com/business/solutions/media</u> (last visited December 16, 2021)

144.    In 2017, Clear Channel along with Dropbox released a study disclosing Clear

Channel's purchase of Dropbox Business licenses for its employees and summarizing the

commercial benefits from the use of Dropbox Business. A copy of Clear Channel's study is

attached as Exhibit 2.



https://www.insightsforprofessionals.com/management/leadership/dropbox-businss-and-clear-channel-outdoor/download (last visited December 16, 2021)

145.    On information and belief, Clear Channel has directly infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '622 Patent under 35 U.S.C. § 271(a) by using Dropbox products and services in the United States and abroad without authority.  Included in these acts of infringement are situations where devices associated with Clear Channel interact with Dropbox servers to perform file sync operations.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the Court enter judgement against the Defendants:

a.    Declaring that the Defendants have infringed the '561, '942, '607, '787, '823, and '622 Patents;

b.  Awarding Plaintiff its damages suffered as a result of the Defendants' infringement of the '561, '942, '607, '787, '823, and '622 Patents, including pre-judgement and post-judgement interest and supplemental damages for any continuing post-verdict or post-judgement infringement with an accounting as needed;

c.  An order enjoining Defendants, their officers, agents, employees, attorneys, and all other persons or entities acting in concert, participation or in privity with one or more of them, and their successors and assigns, from infringing the '561, '942, '607, '787, '823, and '622 Patents;

d.  A judgment declaring that this is an exceptional case and awarding Plaintiff's reasonable attorneys' fees and costs in this action, as provided by 35 U.S.C. § 285;

e.  A judgment, declaration or order that Defendant's infringement is willful and increasing damages under 35 U.S.C. § 284;

f.  Awarding Plaintiff its costs, attorney's fees, expenses, and interest; and

g.  Granting Plaintiff such further relief which may be requested and as the Court find appropriate.

## <u>DEMAND FOR A JURY TRIAL</u>

Plaintiff demands a trial by jury on all issues so triable in this Complaint.

Dated: January 18, 2022

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

OF COUNSEL:

Raja N. Saliba
Michael R. Dzwonczyk
Chidambaram S. Iyer
Mark Boland

THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

SUGHRUE MION, PLLC
2000 Pennsylvania Ave., NW
Washington, DC 20037
(202) 293-7060
mboland@sughrue.com
rsaliba@sughrue.com
mdzwonczyk@sughrue.com
ciyer@sughrue.com

ATTORNEYS FOR PLAINTIFF
TOPIA TECHNOLOGY, INC.